**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

ELH (XXX-XX-7086)                                    CIVIL ACTION NO. 11-1249

VERSUS                                               JUDGE S. MAURICE HICKS, JR.

U.S. COMMISSIONER, SOCIAL                            MAGISTRATE JUDGE HORNSBY
SECURITY ADMINISTRATION

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate
Judge previously filed herein, and having thoroughly reviewed the record, no written
objections having been filed, and concurring with the findings of the Magistrate Judge under
the applicable law;

**IT IS ORDERED** that the Commissioner's decision is **AFFIRMED** and Plaintiff's
complaint is **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, at Shreveport, Louisiana, this the 10th day of July,
2012.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE